UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-5003 |
| | ) | (Jordan / Shirley) |
| MADELYN B. BROOMELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DETENTION**

This matter came before the Court for initial appearance and arraignment on a Petition for Revocation of Supervised Release on May 22, 2008. Madelyn Broomell appeared before the Court and Attorney James Y. Reed accepted appointment to her defense. [Doc. 5]. The government was represented by Assistant United States Attorney Cynthia F. Davidson.

On that date, the Court ordered the temporary release of Ms Broomell on her personal recognizance. Ms Broomell's mother was not expected to live longer than a few days from the date of the hearing. A condition of her release was that Ms Broomell surrender to custody of the U.S. Marshal after such time as her mother died. Ms Broomell did surrender to custody on May 27, 2008.

It is therefore **ORDERED** that Defendant, Madelyn Broomell, be detained. Defendant will be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States

or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER: *nunc pro tunc*, May 27, 2008.

　　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge